AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

TRILOGY ENTERPRISES, INC.,
*Plaintiff*

V.                                          Civil Action No. **6:19−CV−00199−ADA**

TRILOGY EDUCATION SERVICES, INC.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Trilogy Education Services, Inc.
31 E 32nd St #1202, New York, NY 10016
or Registered Agent: The Corporate Trust Company
Corporartion Trust Center, 209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael Chibib
> Pillsbury Winthrop Shaw Pittman LLP
> 401 Congress Avenue
> Suite 1700
> Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK



ISSUED ON 2019−03−08 14:42:24

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:19-cv-00199-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Trilogy Education Services, Inc.</u> was received by me on *(date)* <u>Mar 11, 2019</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Amy McLaren, Managing Agent</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Trilogy Education Services, Inc.</u> on *(date)* <u>Mon, Mar 11 2019 at 2:45 p.m. at Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: March 12, 2019

_____
*Server's signature*

McKenna Touey, Process Server
_____
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Plaintiff's Rule 7.1 Corporate Disclosure Statement; Complaint with Jury Trial Demanded with Exhibits