UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TRILOGY ENTERPRISES, INC. | § § | |
| vs. | § § | NO:  WA:19-CV-00199-ADA |
| TRILOGY EDUCATION SERVICES, LLC | § § | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on August 01, 2019  at  09:30 AM .  Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **23rd day of July, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE