UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Trilogy Enterprises, Inc.

vs.

Trilogy Education Services, Inc.

Case No.: 6:19-cv-00199-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jason D. Rosenberg, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Trilogy Education Services, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) ALSTON & BIRD LLP with offices at:

    Mailing address: 1201 West Peachtree Street, Ste. 4900

    City, State, Zip Code: Atlanta, GA 30309-3424

    Telephone: 404-881-7000   Facsimile: 404-881-7777

2. Since July 5, 2007, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's bar license number is 510855.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Supreme Court of Georgia | January 7, 2008 |
    | U.S. District Court, N.D. Georgia | September 10, 2007 |
    | U.S. District Court, Colorado | December 13, 2018 |
    | See attached Addendum for full list | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not Applicable

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:18-cv-1072-LY          on the 9th day of January, 2019.

Number: 1:10-cv-00215-SS         on the 7th day of April, 2010.

Number: _____         on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
Not Applicable

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Not Applicable

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brady Cox

Mailing address: Alston & Bird LLP, 2200 Ross Ave., Ste. 2300

City, State, Zip Code: Dallas, Texas 75201

Telephone: 214-922-3400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jason D. Rosenberg to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jason D. Rosenberg
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26 day of July, 2019.

Jason D. Rosenberg
[printed name of Applicant]

_[signature]_
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Trilogy Enterprises, Inc.

vs.

Trilogy Education Services, Inc.

Case No.: 6:19-cv-00199-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Jason D. Rosenberg , counsel for Trilogy Education Services, Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jason D. Rosenberg  may appear on behalf of Trilogy Education Services, Inc.  in the above case.

IT IS FURTHER ORDERED that Jason D. Rosenberg , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July , 20_____.

_____
UNITED STATES DISTRICT JUDGE

## ADDENDUM

In addition to the Courts & Bar associations listed in response to Question No. 3, please note that Jason Rosenberg is also admitted to practice before the following courts:

- U.S. Court of Appeals for the 2nd Circuit, December 8, 2010;
- U.S. Court of Appeals for the 4th Circuit, October 8, 2004;
- U.S. Court of Appeals for the 7th Circuit, December 7, 2001;
- U.S. Court of Appeals for the 11th Circuit, May 27, 2016;
- U.S. District Court for the District of Colorado, December 13, 2018;
- U.S. District Court for the Northern District of Georgia, September 10, 2007;
- U.S. District Court for the Middle District of Georgia, August 5, 2008;
- U.S. District Court for the Northern District of Illinois, December 20, 2001;
- U.S. District Court for the Eastern District of Virginia, December 9, 2004;
- U.S. District Court for the Western District of Virginia, December 21, 2004;
- Supreme Court of Georgia, January 7, 2008
- State Bar of Illinois, Bar No. 6275801, December 20, 2001 (inactive status);
- State Bar of Virginia, Bar No. 68603, October 15, 2004

Jason Rosenberg is a member in good standing in all jurisdictions in which he is admitted to practice, and no disciplinary action or grievance proceeding has ever been filed, or is pending, against him.