UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Trilogy Enterprises, Inc.

vs.                                    Case No.:  6:19-cv-00199-ADA

Trilogy Education Services, Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Michelle W. Wilco, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Trilogy Education Services, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) ALSTON & BIRD LLP with offices at:

   Mailing address: 1201 West Peachtree Street, Suite 4900

   City, State, Zip Code: Atlanta, GA 30309-3424

   Telephone: 404-881-7000       Facsimile: 404-881-7777

2. Since 2018, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's bar license number is 490966.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Court of Appeals of Georgia | November, 2018 |
   | Northern District of Georgia | December, 2018 |
   | Supreme Court of Georgia | November, 2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not Applicable

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
Not Applicable

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Not Applicable

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brady Cox

Mailing address: Alston & Bird LLP, 2200 Ross Ave., Ste. 2300

City, State, Zip Code: Dallas, Texas 75201

Telephone: 214-922-3400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Michelle W. Wilco to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Michelle W. Wilco
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of August, 2020.

Michelle W. Wilco
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Trilogy Enterprises, Inc.

vs.                                         Case No.: 6:19-cv-00199-ADA

Trilogy Education Services, Inc.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Michelle W. Wilco, counsel for Trilogy Education Services, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Michelle W. Wilco may appear on behalf of Trilogy Education Services, Inc. in the above case.

IT IS FURTHER ORDERED that Michelle W. Wilco, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE