UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRILOGY ENTERPRISES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>TRILOGY EDUCATION SERVICES, LLC, and 2U, INC.,<br><br>   Defendants.<br><br>TRILOGY EDUCATION SERVICES, LLC,<br><br>   Counter-Plaintiff,<br><br>v.<br><br>TRILOGY ENTERPRISES, INC.,<br><br>   Counter-Defendant. | Civil Action No. 6:19-cv-00199 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Trilogy Enterprises, Inc., Defendant/Counter-Plaintiff Trilogy Education Services, LLC, and Defendant 2U, Inc. hereby stipulate to the voluntary dismissal with prejudice of all claims and counterclaims asserted in this action, with all parties to bear their own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: January 25, 2022<br><br>/s/ Conor Civins<br>Conor Civins<br>Texas Bar No. 24040693<br>conor.civins@bracewell.com<br>Michael Chibib<br>Texas Bar No. 00793497<br>michael.chibib@bracewell.com<br>BRACEWELL LLP<br>111 Congress Avenue, Suite 2300<br>Austin, Texas 78701<br>Phone: (512) 494-3635<br>Fax: (512) 479-3945<br><br><br>*Attorneys for Plaintiff Trilogy Enterprises, Inc.* | Respectfully submitted,<br><br>/s/ Brady Cox<br>Brady Cox<br>Texas Bar No. 24074084<br>ALSTON & BIRD LLP<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Phone: (214) 922-3400<br>Fax: (214) 922-3899<br>brady.cox@alston.com<br><br>Jason Rosenberg (pro hac vice)<br>Georgia Bar No. 510855<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424<br>Phone: (404) 881-7461<br>Fax: (404) 881-7777<br>jason.rosenberg@alston.com<br><br>Sara Miller (pro hac vice)<br>North Carolina Bar No. 53554<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280-4000<br>Phone: (704) 444-1192<br>Fax: (704) 444-1111<br>sara.miller@alston.com<br><br>*Attorneys for Defendants Trilogy Education Services, LLC and 2U, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ Conor M. Civins
Conor M. Civins